ELECTRONICALLY FILED
2025 Feb 25 PM 3:15
CLERK OF THE BARBER COUNTY DISTRICT COURT
CASE NUMBER: BA-2025-CV-000005
PII COMPLIANT

TRIPLETT WOOLF GARRETSON, LLC
2959 N. Rock Road, Suite 300
Wichita, Kansas 67226
(316) 630-8100 Phone
(316) 630-8101 Fax
jpwoolf@twgfirm.com
theffron@twgfirm.com

IN THE THIRTIETH JUDICIAL DISTRICT
DISTRICT COURT, BARBER COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| McGINNESS ENERGY COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENT TUBULAR CORPORATION d/b/a ITC PIPE, <br><br> Defendant. | Case No. |

PURSUANT TO CHAPTER 60 OF K.S.A.

### PETITION

COMES NOW, Plaintiff McGinness Energy Company, Inc., by and through its counsel of record, John P. Woolf and Tyler E. Heffron of Triplett Woolf Garretson, LLC, and for its causes of action against Defendant Independent Tubular Corporation d/b/a ITC Pipe, states and alleges as follows:

#### Parties, Jurisdiction, and Venue

1. Plaintiff McGinness Energy Company, Inc. ("McGinness") is a Kansas corporation with its principal place of business in Kansas.

2. Defendant Independent Tubular Corporation d/b/a ITC Pipe ("ITC") is an Oklahoma corporation, and can be served through its resident agent, Mike Allred, 4951 B S Mingo Road, Tulsa Oklahoma 74146.

2047671.7

EXHIBIT
A

3. This Court has personal and subject matter jurisdiction over the claims and parties herein. McGinness is the operator of the Scrooge 2H well, located in Barber County, Kansas. ITC transacted business in Kansas, entered into a contract with McGinness to be performed in Kansas, and sold new casing pipe that was used and failed in the Scrooge 2H well in Barber County, Kansas. The economic loss suffered by McGinness, in whole or in part, was felt in Kansas.

4. Venue is proper in the Barber County, Kansas District Court, because the causes of action herein arise from the failure of new casing pipe in the Scrooge 2H well located in Barber County, Kansas, that was sold by ITC while transacting business with McGinness in Barber County, Kansas.

## Common Facts Pertinent to All Counts

5. McGinness is the operator of the Scrooge 2H well located in Barber County, Kansas.

6. The Scrooge 2H well was spud on February 11, 2024.

7. As part of the drilling and completion of the Scrooge 2H well, McGinness purchased 5,138 feet of new 4-1/2" 13.5# P110 HC BTC SMLS casing pipe from ITC (the "Casing Pipe").

8. The Casing Pipe was advertised as meeting the standards of the American Petroleum Institute ("API").

9. ITC is a supplier and distributor of oil country tubular goods, such as the Casing Pipe. ITC expressly advertises on its website (www.itcpipe.com) that it sells "Top Quality Pipe for Every Operation" and it "demand[s] a perfect product."

10. Given the Scrooge 2H well was drilled and completed as a horizontal oil and gas well, McGinness specifically required high quality casing pipe that met API standards.

2

11. API provides that production Casing Pipe referred to herein must be rated to a minimum pipe body yield strength of 422,000 pounds and a minimum internal yield pressure of 12,410 psi.

12. The Casing Pipe was used in the completion of the Scrooge 2H well.

13. On April 16, 2024, a multi-stage frac job was commenced on the Scrooge 2H well. At stage 4 of the frac job, there was a sudden loss of pressure on the well. The maximum surface pressure reached during the stage 4 frac was 8,170 psi, and the maximum surface pressure for all prior stages of the frac never exceeded 8,500 psi.

14. Between April 17 and April 25, 2024, efforts were undertaken to determine what caused the sudden loss of pressure during the stage 4 frac. A wireline camera and Multifinger Caliper Log/Leak Detect Log revealed the Casing Pipe failed at a depth of 5,193 feet.

*Figure 1 -- Image of Casing Pipe Failure at 5,193 Feet*



15. At no time prior to the Casing Pipe failure were pressures applied to the Casing Pipe even nearing its minimum internal yield pressure rating of 12,410 psi, or its minimum body yield strength of 422,000 pounds.

16. Neither McGinness, the drilling contractor, nor the completion contractor damaged, abused, or misused the Casing Pipe to cause or contribute to cause its failure.

17. Between April 25 and April 29, 2024, the completion crew and other contractors spent significant time and expense installing and testing a patch to repair the Casing Pipe failure.

18. In addition to the cost, expense, and delay in attempting to repair the Casing Pipe failure, time and revenue were lost from the Scrooge 2H well due to the Casing Pipe failure.

## COUNT 1: Breach of Contract Against ITC

19. McGinness adopts and incorporates by reference all the allegations in Paragraphs 1 through 18.

20. McGinness entered into a contract to purchase the Casing Pipe from ITC, which was to be new Casing Pipe manufactured and processed to API standards and free from defects in material and workmanship.

21. ITC breached its contract with McGinness by selling and supplying Casing Pipe that was not manufactured and processed to API standards, was not free from defects in material and workmanship, and failed well below its purported limits and thresholds.

22. McGinness gave prompt and reasonable notice to ITC of its breach of contract. ITC has failed and refused to honor its contract or otherwise reimburse McGinness for the damages sustained as a result of the breach.

23. As a result of ITC's breach of contract, McGinness suffered damages in excess of $75,000.

## COUNT 2: Breach of Warranty Against ITC

24. McGinness adopts and incorporates by reference all the allegations in Paragraph 1 through 23.

25. ITC expressly and/or impliedly warranted, promised, represented and covenanted, in writing and by operation of law, that the Casing Pipe would be free of defects, met API standards, was fit for a particular purpose of use in the Scrooge 2H well, and was of merchantable quality.

26. ITC breached its express and/or implied warranties by supplying and selling the Casing Pipe that failed, that was imperfect, that did not meet API standards, was not fit for the purpose of use in the Scrooge 2H well, and was not of merchantable quality.

27. McGinness relied on the aforementioned warranties for using the Casing Pipe in the Scrooge 2H well.

28. Upon discovery of the breaches of warranty by ITC, McGinness gave prompt notice of the breaches to ITC. ITC has failed and/or refused to honor its warranties or otherwise reimburse McGinness for the damages sustained as a result of the breaches of warranty.

29. As a result of the ITC's breach of warranties, McGinness suffered damages in excess of $75,000.

WHEREFORE, Plaintiff McGinness Energy Comnpany, Inc. prays for a judgment against Defendant Independent Tubular Corporation d/b/a ITC Pipe in excess of $75,000, plus pre- and post-judgment interest at the maximum amount allowed by law, the costs of this action, and such other relief the Court deems just and proper.

Respectfully submitted,

TRIPLETT WOOLF GARRETSON, LLC

By  /s/ John P. Woolf
    John P. Woolf, #06734
    Tyler E. Heffron, #22115
    ***Attorneys for Plaintiff McGinness Energy Company, Inc.***

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, pursuant to applicable Kansas law, and respectfully makes demand for trial by a jury of twelve persons on all issues.

Respectfully submitted,

TRIPLETT WOOLF GARRETSON, LLC

By  /s/ John P. Woolf
    John P. Woolf, #06734
    Tyler E. Heffron, #22115
    ***Attorneys for Plaintiff***

ELECTRONICALLY FILED
2025 Feb 25 PM 3:15
CLERK OF THE BARBER COUNTY DISTRICT COURT
CASE NUMBER: BA-2025-CV-000005
PII COMPLIANT

IN THE 30th JUDICIAL DISTRICT
DISTRICT COURT OF BARBER COUNTY, KANSAS

| | |
|---|---|
| McGinness Energy Company, Inc., )<br>　　　Plaintiff, )<br>V )<br>Independent Tubular )<br>Corporation d/b/a ITC Pipe, )<br>　　　Defendant. ) | Case No. BA-2025-CV-000005 |

Defendant's Name and Address:
Independent Tubular
Corporation d/b/a ITC Pipe
c/o Mike Allred, Resident
Agent
4951 B S Mingo Road
Tulsa, OK 74146

Proceeding Pursuant to K.S.A. Chapter 60

## SUMMONS

To: Independent Tubular Corporation d/b/a ITC Pipe
　　(Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

Rev. 12/2022   KSJC

1

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

<u>John P. Woolf</u>
(Attorney's name or Plaintiff's name)

<u>2959 North Rock Road</u>

<u>Suite 300</u>

<u>Wichita, KS  67226</u>

(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Tina McCray*

Clerk of the District Court.

By <u>Tina McCray</u>
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition

ELECTRONICALLY FILED
2025 Mar 07 AM 8:50
CLERK OF THE BARBER COUNTY DISTRICT COURT
CASE NUMBER: BA-2025-CV-000005
PII COMPLIANT

IN THE 30th JUDICIAL DISTRICT
DISTRICT COURT OF BARBER COUNTY, KANSAS

| | |
|---|---|
| McGinness Energy Company, Inc., )<br>    Plaintiff, )<br>V )<br>Independent Tubular )<br>Corporation d/b/a ITC Pipe, )<br>    Defendant. ) | Case No. BA-2025-CV-000005 |

Defendant's Name and Address:
Independent Tubular
Corporation d/b/a ITC Pipe
7804 E. 108th St.
Suite B
Tulsa, OK 74133

Proceeding Pursuant to K.S.A. Chapter 60

## ALIAS SUMMONS

To: Independent Tubular Corporation d/b/a ITC Pipe
    (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief

Rev. 12/2022  KSJC

1

2

demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

John P. Woolf
(Attorney's name or Plaintiff's name)

2959 North Rock Road
Suite 300
Wichita, KS  67226
(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.



Clerk of the District Court.

By Kasidi Pederson
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition

ELECTRONICALLY FILED
2025 Mar 17 AM 11:01
CLERK OF THE BARBER COUNTY DISTRICT COURT
CASE NUMBER: BA-2025-CV-000005
PII COMPLIANT

IN THE 30th JUDICIAL DISTRICT
DISTRICT COURT OF BARBER COUNTY, KANSAS

McGinness Energy Company, Inc., )
    Plaintiff, )
V )   Case No. BA-2025-CV-000005
Independent Tubular Corporation d/b/a ITC Pipe, )
    Defendant. )

Defendant's Name and Address:
Independent Tubular Corporation d/b/a ITC Pipe
c/o Tyler Allred
11411 South 69th East Ave.
Bixby, OK 74008

Proceeding Pursuant to K.S.A. Chapter 60

## ALIAS SUMMONS

To: Independent Tubular Corporation d/b/a ITC Pipe
    (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief

2

demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

<u>John P. Woolf</u>
(Attorney's name or Plaintiff's name)

<u>2959 North Rock Road</u>

<u>Suite 300</u>

<u>Wichita, KS  67226</u>
(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Kasidi Pederson*

Clerk of the District Court.

By <u>Kasidi Pederson</u>
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition

ELECTRONICALLY FILED
2025 Mar 17 AM 11:01
CLERK OF THE BARBER COUNTY DISTRICT COURT
CASE NUMBER: BA-2025-CV-000005
PII COMPLIANT

IN THE <u>30th</u> JUDICIAL DISTRICT
DISTRICT COURT OF <u>BARBER</u> COUNTY, KANSAS

| | |
|---|---|
| McGinness Energy Company, Inc., )<br>    Plaintiff, )<br>V )<br>Independent Tubular Corporation d/b/a ITC Pipe, )<br>    Defendant. ) | Case No. <u>BA-2025-CV-000005</u> |

Defendant's Name and Address:
<u>Independent Tubular Corporation d/b/a ITC Pipe
c/o Mike Allred, Resident Agent
3912 South Quinoa Avenue
Broken Arrow, OK 74011</u>

Proceeding Pursuant to K.S.A. Chapter 60

## ALIAS SUMMONS

To: <u>Independent Tubular Corporation d/b/a ITC Pipe</u>
    (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

Rev. 12/2022   KSJC

1

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

John P. Woolf
(Attorney's name or Plaintiff's name)

2959 North Rock Road
Suite 300
Wichita, KS 67226
(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Kasidi Pederson*

Clerk of the District Court.

By Kasidi Pederson
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition